**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Roderick M Young | ) | Case no. 17-37321 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Roderick M Young

2S540 White Birch Ln.
Wheaton, IL  60187

Sulaiman Law Group
2500 S Highland Ave #200
Lombard, IL 60148

Please take notice that on Friday, January 19, 2018 at 9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, January 10, 2018.

/s/ Bill Karmia

For: Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtor be denied and in support thereof, states the following:

1. On December 18, 2017, the debtor filed a petition under Chapter 13.
2. The Debtor received a Chapter 7 discharge in Case Number 15-09899 filed on March 19, 2015
3. The Debtor Is not entitled to a discharge under § 1328(f) because the Debtor received a Chapter 7 discharge in a case filed within 4 years of the filing of the present case..

WHEREFORE, the Trustee prays that the discharge for the above referenced debtor be denied.

Respectfully Submitted;

/s/ Carolyn A. Suzzi

For: Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888