UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    17-37321 |
| | ) | |
| RODERICK MAURICE YOUNG | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER VALUING CLAIM OF REAL TIME RESOLUTIONS INC.

On February 23, 2018, the debtor(s) filed a motion to value the claim of Real Time Resolutions Inc. (the "creditor") secured by a lien against the property commonly known as 2S540 White Birch Lane, Wheaton, Illinois 60189 (address) with real estate tax pin number 05-29-301-016 (the "property"), notice having been given, the Court being advised in the premises, and the creditor having not responded to the motion;

IT IS HEREBY ORDERED THAT:

1. The motion is granted as set forth herein.

2. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Mortgage Lien (identified by the last four digits of the account number as 6325) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

3. Any timely filed proof of claim of the creditor for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

4. Upon completion of the Chapter 13 plan and entry of discharge, the creditor's mortgage lien will be deemed satisfied pursuant to 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

☑     and entry of a discharge

the creditor's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter: _Janet S. Baer_

Honorable Janet S. Baer

Dated:  April 20, 2018

United States Bankruptcy Judge

**Prepared by:**

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200

Rev: 20160328_bko

Lombard, Illinois 60148

+1 630-575-8181

jdavidson@sulaimanlaw.com

Counsel for Roderick Maurice Young