**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  Roderick M Young ) | Case no. 17-37321 |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Judge:  Janet S. Baer |
| ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Roderick M Young
2S540 White Birch Ln
Wheaton, IL  60187

Sulaiman Law Group
2500 S Highland Ave #200
Lombard,IL 60148

Please take notice that on Friday, February 15, 2019 at  9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Monday, January 28, 2019.

/s/ Carrie ODonnell

For:  Glenn Stearns, Trustee

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on December 18, 2017.
2. The debtor plan was confirmed on May 18, 2018.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $1,710.00 | Last Payment Received: | January 08, 2019 |
| Amount Paid: | $12,920.00 | Amount Delinquent: | $4,560.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/ Carolyn A. Suzzi

For:  Glenn Stearns, Trustee