## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk-37321 |
| RODERICK MAURICE YOUNG | Chapter 13 |
| | Honorable Janet S. Baer |
| Debtor(s) | |

### NOTICE OF MOTION

To:     *See attached service list*

**PLEASE TAKE NOTICE** that on **March 15, 2019 at 9:30 a.m.**, the undersigned will appear before the **Honorable Janet S. Baer** at the Kane County Courthouse, 100 South Third Street, Courtroom 240, Geneva, Illinois and will then and there present **MOTION TO MODIFY PLAN**, a copy of which is hereby served upon you.

### CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Glenn B. Stearns, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on February 15, 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Label Matrix for local noticing
0752-1
Case 17-37321
Northern District of Illinois
Eastern Division
Fri Feb 15 14:03:05 CST 2019

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Aurora Loan Servicing, Inc.
10350 Park Meadows Dr.
Littleton, CO 80124-6800

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

ECMC
PO BOX 16408
St Paul, MN 55116-0408

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Harris & Harris, Ltd.
111 W. Jackson Blvd.
Suite 400
Chicago, IL 60604-4135

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Real Time Resolutions, Inc
Attn: CT Corporation Systems, Inc.
208 S. LaSalle St., 17th Fl, Suite 814
Chicago, IL 60604-1101

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

Real Time Resolutions, iNC
1349 Empire Central Dr.
Suite 150
Dallas, TX 75247-4029

Shapiro Kreisman & Associates, LLC
2121 Waukegan Rd.
Ste. 301
Bannockburn, IL 60015-1831

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bank National Association, as trustee f
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532-4350

Joseph S Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148-7103

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Roderick Maurice Young
2S540 White Birch Ln.
Wheaton, IL 60189-5933

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Illinois Department of Revenue
Bankruptcy Unit
Po Box 19035
Springfield, IL 62794-9035

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr.
Lewisville, TX 75067

(d)Nationstar Mortgage LLC
Bankruptcy Department
P.O Box 619096
Dallas, TX 75261-9741


(d)Nationstar Mortgage, LLC
350 Highland Dr.
Lewisville, TX 75067

Real Time Resolutions, Inc.
Po Box 36655
Dallas, TX 75235


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)U.S. Bank National Association

(u)U.S. Bank National Association, as trustee

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:17-bk-37321 |
| RODERICK MAURICE YOUNG | Chapter 13 |
| | Honorable Janet S. Baer |
| Debtor(s) | |

**MOTION TO MODIFY PLAN**

NOW COMES, RODERICK MAURICE YOUNG (the "Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. § 1329, moves this Court for an Order Modifying Plan.  In support thereof, Debtor states as follows:

1.      On December 18, 2017, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1]

2.      On May 18 ,2018, an Order Confirming Plan was entered [Doc. # 33].

3.      The Debtor's confirmed provides:

2.1.  Debtor(s) will make regular payments to the trustee as follows:

$760.00 per Month for 5 months
$1,710.00 per Month for 55 months.

*See* Doc. #31.

4.      The Debtor initially failed to account for the "step up" until month eight; then failed to make full payment of $1,710.00; instead paying $1,520.00 monthly.

5.      Accordingly, the Debtor has gradually incurred a $4,560.00 default in payments to the trustee.

6.      The Debtor proposes deferring the $4,560.00 delinquency to the end of the plan term, and paying $1,810.00 monthly for the remaining plan term - beginning in March 2019.

7.      Modifying the Debtor's Plan will not prejudice the general unsecured creditors, as they will continue to be paid in full, as provided for in the Debtor's confirmed Plan.

WHEREFORE, the Debtor respectfully requests this Court enter an Order Modifying Debtor's Plan to defer the $4,560.00 delinquency to the end of the plan term; to increase the Debtor's payments to the trustee from $1,710.00 to $1,810.00; and grant any other relief deemed appropriate and equitable.

DATED: February 15, 2019                    Respectfully submitted,

**RODERICK MAURICE YOUNG**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com