UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                    )        BK No.:   17-37321
Roderick M Young          )
                          )        Chapter: 13
                          )        Honorable Janet S. Baer
                          )
                          )
        Debtor(s)         )

## ORDER DISALLOWING CLAIM #7

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The proof of claim is disallowed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

February 15, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)