UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-37321
RODERICK MAURICE YOUNG )
) Chapter: 13
) Honorable Janet S. Baer
) Kane
Debtor(s) )

## ORDER MODIFYING PLAN

This cause coming before the Court on the Debtor's Motion to Modify Plan, the Court being fully advised in the premises and having jurisdiction of the subject matter,

IT IS HEREBY ORDERED THAT:

1. The Debtor's Motion to Modify Plan is granted as set forth herein.

2. The default in payments to the chapter 13 trustee of $4,560 is deferred to the end of the plan term.

3. Commencing with the March 2019 payment to the chapter 13 trustee, the Debtor shall make monthly payments to the trustee in the amount of $1,810.00 for the remainder of the plan term.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 15, 2019

**Prepared by:**

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com