UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-37321 |
|---|---|---|
| RODERICK MAURICE YOUNG, | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This matter coming to be heard on the Debtor's Motion to Modify Plan, the Court being fully advised in the premises, and due notice having been given to all parties entitled thereto,

IT IS HEREBY ORDERED THAT:

1. The current default is deferred;

2. The term of Debtor's plan is extended to 84 months; and

3. The Debtor shall pay the trustee $800.00 monthly for the remaining plan term.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 04, 2022

**Prepared by:**

Jennifer Ann McLaughlin, Esq.
Counsel for Debtor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
jmclaughlin@sulaimanlaw.com